IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                                                        **PLAINTIFF**

v.                              **CASE NO. 4:17-CR-00098-BSM**

**SCOTT M. LANGLEY**                                                                **DEFENDANT**

## ORDER

Scott Langley's motion to reduce his sentence [Doc. No. 31] is denied because the retroactive application of Amendment 821 to the federal sentencing guidelines does not reduce his sentencing guidelines range. The amendment reduces Langley's criminal history score from fifteen to fourteen, but his criminal history category remains at level VI.

IT IS SO ORDERED this 8th day of November, 2023.

_____
UNITED STATES DISTRICT JUDGE